1  Patrick F. Bright (SBN 68709)
   WAGNER, ANDERSON & BRIGHT, PC
2  10524 W. Pico Blvd. Suite 214
   Los Angeles, California 90064
3  Tel.: (310) 876-1831
   Fax: (310) 559-9133
4  E-mail: pbright@brightpatentlaw.com

5  Attorneys for Plaintiff Nexagen Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NEXAGEN CORPORATION., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>E.L.F. BEAUTY, INC., a Delaware corporation<br><br>Defendant. | Case No. _____<br><br>**COMPLAINT FOR INFRINGEMENT OF UNITED STATES PATENT NO. D768,998**<br><br>**DEMAND FOR JURY TRIAL** |

1. Plaintiff Nexagen Corporation, a California corporation ("Nexagen"), for its complaint, and demanding trial by jury under Rule 38, Fed. R. Civ. P., and Local Rule 38-1, alleges that E.L.F. Beauty, Inc. ("Defendant"), a Delaware corporation, is infringing U.S. Design Patent D768,998 ("the '998 patent") ( "the Nexagen Corporation patent"), by selling, and offering to sell, in this judicial district, certain make-up brushes that infringe the '998 patent.

2. This is a civil action for patent infringement and arises under, among other things, the United States Patent Laws, 35 U. S. C. section 10, et seq. Jurisdiction is therefore based upon 28 U. S. C. sections 1331 and 1338(a),

providing for federal question jurisdiction of patent infringement actions and exclusive jurisdiction of patent infringement actions in the U. S. district courts.

3. Nexagen is informed and believes, and thereon alleges, that venue in this court is proper under 28 U. S. C. section 1391 (c) and section 1400 (b) because the acts of patent infringement alleged herein took place, at least in part, within this judicial district.

4. Nexagen is a California corporation, and has its principal place of business in Cerritos, California.

5. Defendant is a Delaware corporation, and has a place of business in Oakland, California.

6. On October 18, 2016, the U.S. Patent and Trademark Office duly and lawfully issued the '998 patent under the title *Portion of a Make-Up Brush*. A true and correct copy of the '998 patent is attached hereto as **Exhibit A.** Nexagen is the owner of the '998 patent.

7. For some time, Defendant has infringed the '998 patent by selling, and offering to sell, in this judicial district and elsewhere in the United States, certain make-up brushes, shown in **Exhibit B** to this complaint, that are covered by the single claim of the '998 patent.

9. Upon information and belief, Defendant has derived, and will continue to derive, and receive from the above infringement, gains, profits, and advantages in an amount not presently known to Nexagen.

10. Defendant's infringement of the '998 patent has damaged Nexagen in an unknown amount. These damages continue to grow as Defendant's infringement continues. Under Sections 284 and 289 of Title 35 of the United States Code, Nexagen seeks damages adequate to compensate for this infringement in an amount not less than Defendant's total profit from sales of the infringing products, together with interest and costs affixed by the Court.

## **PRAYER FOR RELIEF**

WHEREFORE, Nexagen prays for the following relief from this court against Defendant:

1. An order, pursuant to 35 U.S.C. Section 271, declaring that Defendant has infringed the single claim of the '998 patent;

2. An award of the actual damages Nexagen has suffered by reason of the infringement charged in this Complaint, in an amount not less than the total profits from Defendant's sales of the products charged with infringing the '998 patent;

3. An award to Nexagen of its costs of suit herein; and

4. Such other and further relief as the Court may deem just and proper.

Dated: May 4, 2017

Respectfully submitted,

WAGNER, ANDERSON & BRIGHT PC

By: _____
Patrick F. Bright
Attorneys for Plaintiff Nexagen Corporation

1

## **DEMAND FOR JURY TRIAL**

2
3   Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, and
4   Local Rule 38-1, Plaintiff Nexagen Corporation does hereby demand trial by
5   jury of each and every issue and claim as to which it is entitled to trial by
6   jury under Rule 38(a) of the Federal Rules of Civil Procedure.

7

8   Dated:  May 4, 2017                              Respectfully submitted,

9                                                                        WAGNER, ANDERSON & BRIGHT PC

10

11

12
                                                              By: _____
13                                                                          Patrick F. Bright
                                                                     Attorneys for Plaintiff Nexagen
14                                                                   Corporation

15

16

17

18

19

20

21

22

23

24

25

26

27

28