

US00D768998S

## (12) United States Design Patent
### Kim et al.

(10) Patent No.: **US D768,998 S**
(45) Date of Patent: ** Oct. 18, 2016

(54) **PORTION OF A MAKE-UP BRUSH**

(71) Applicants: Edward Kim, Cerritos, CA (US); Guang Zhen Liu, Yingkou (CN)

(72) Inventors: Edward Kim, Cerritos, CA (US); Guang Zhen Liu, Yingkou (CN)

(73) Assignee: Nexagen Corp., Cerritos, CA (US)

(**) Term: 15 Years

(21) Appl. No.: 29/528,407

(22) Filed: May 28, 2015

(51) LOC (10) Cl. .............................................. 04-02
(52) U.S. Cl.
     USPC .......................................................... D4/127
(58) Field of Classification Search
     USPC ............... D4/100, 102, 127–135, 138, 199;
            D7/393; D8/47, 75, 82, 83, 107, 300,
            D8/307–313; D9/723–729; D19/100, 108,
            D19/115, 125; D24/200, 211, 214
     CPC .......... A46B 5/00; A46B 5/02; A46B 5/021;
            A46B 9/00; A46B 9/02; A46B 9/021; A46B
            9/023; A46B 9/025; A46B 9/026; A46B
            9/028; A46B 11/00; A46B 11/0006; A46B
            11/001; A46B 13/00; A46B 13/001; A46B
            13/02; A46B 13/023; A46B 15/0002; A46B
            2200/10; A46B 2200/102; A46B 2200/1033;
            A46B 2200/104; A46B 2200/1046; A46B
            2200/30; A46B 2200/3006; A46B 2200/3013;
            A46B 2200/3033; A46B 2200/3093
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D249,600 S * | 9/1978 | Bowman | D4/135 |
| D450,930 S * | 11/2001 | Mink | D4/135 |
| D450,931 S * | 11/2001 | Mink | D4/135 |
| D452,948 S * | 1/2002 | Mink | D4/138 |
| D528,304 S * | 9/2006 | Langer | D4/116 |
| D529,719 S * | 10/2006 | Langer | D4/116 |

(Continued)

FOREIGN PATENT DOCUMENTS

WO  WO 2010004207 A2 * 1/2010 ............. A46B 9/021

OTHER PUBLICATIONS

BDHD, Maestro 988 BDHD Phase I Large Foungdation/Powder Brush, as posted at bdelliumtools [online], posting date not available [site visited Aug. 1, 2016]. Available from the Internet, <URL: http://bdelliumtools.com/new-arrival/bdhd.html>.*
Zoeva, Rose Golden Brush Set, as posted at Beauty Bay [online], first review posted Oct. 11, 2014 [site visited Apr. 29, 2016]. Available from the Internet, <URL: http://www.beautybay.com/cosmetics/zoeva/rosegoldenbrushset/>.*

(Continued)

*Primary Examiner* — Catheri Oliver-Garcia
*Assistant Examiner* — Rebekah A Caruso
(74) *Attorney, Agent, or Firm* — Dunlap Bennett & Ludwig PLLC

(57) **CLAIM**

The ornamental design for a portion of a make-up brush, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of a first embodiment of a portion of a make-up brush;
FIG. 2 is a front elevation view of the first embodiment thereof;
FIG. 3 is a rear elevation view of the first embodiment thereof;
FIG. 4 is a left side elevation view of the first embodiment thereof, the right side elevation view being a mirror image thereof;
FIG. 5 is a top plan view of the first embodiment thereof; and,
FIG. 6 is a bottom plan view of the first embodiment thereof.
The broken lines shown in the drawings illustrate portions of the portion of a make-up brush that form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



Exhibit A

US D768,998 S
Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,416,080 B1 * | 8/2008 | Langer | A45D 33/00 206/15.2 |
| D718,060 S * | 11/2014 | Filho | D4/199 |
| D749,858 S * | 2/2016 | Snook | D4/135 |
| D749,859 S * | 2/2016 | Snook | D4/135 |
| D756,127 S * | 5/2016 | Nicoline | D28/7 |

OTHER PUBLICATIONS

Charlotte Tilbury, Magic Complextion Brush, posted at Bergdorf Goodman [online], date not available [site visited Apr. 29, 2016]. Available from the Internet, <URL: http://www.bergdorfgoodman.com/Beauty/Tools-Brushes-Bags/Makeup-Brushes/cat243414_cat243441_cat000005/c.cat?itemId=cat243414&pageSize=30&No=0&queryString=&N=&breadcrumb=true >.*

* cited by examiner



FIG. 1



FIG. 2

FIG. 3

FIG. 4



FIG. 5

FIG. 6





