1  Patrick F. Bright (SBN 68709)
   WAGNER, ANDERSON & BRIGHT, PC
2  10524 W. Pico Blvd. Suite 214
   Los Angeles, California  90064
3  Tel.:   (310) 876-1831
   Fax:   (310) 559-9133
4  E-mail:  pbright@brightpatentlaw.com

5  Attorneys for Plaintiff Nexagen Corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NEXAGEN CORPORATION., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>E.L.F. BEAUTY, INC., Delaware corporation<br>Defendant. | Case No.  2:17-cv-03385-BRO(PJWx)<br><br>**DEFENDANT'S SECOND UNOPPOSED REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint served: May 8, 2017<br><br>Current response date: June 29, 2017<br><br>New response date: July 28, 2017 |

Defendant seeks, and Plaintiff does not oppose, an extension to July 28, 2017, to answer or otherwise plead to Plaintiff's first amended complaint. This is the second request for such an extension, is in the interests of justice, and is not for purposes of delay. The parties are discussing resolution, and wish to conserve judicial resources, and the parties' resources, to that end.

| | |
|---|---|
| 1 | |
| 2 | Dated:  June ___, 2017 |

                                              Respectfully submitted,

                                              WAGNER, ANDERSON & BRIGHT PC

                                              By: _____
                                                        Patrick F. Bright
                                             Attorneys for Plaintiff  Nexagen Corporation